UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

COREY JONES,
    a/k/a "C-Murder,"
JASON JONES,

        Defendants.

- - - - - - - - - - - - - - - - x



INDICTMENT

08 Cr. ___

08 CRIM 535

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 12 2008

COUNT ONE

    The Grand Jury charges:

    1.   On or about May 24, 2008, in the Southern District of New York, COREY JONES, a/k/a "C-Murder," and JASON JONES, the defendants, unlawfully, willfully, and knowingly did kill another person with intent to retaliate against that person for providing to a law enforcement officer any information relating to the commission or possible commission of a Federal offense and a violation of conditions of probation, supervised release, parole, and release pending judicial proceedings, to wit, COREY JONES and JASON JONES killed and aided and abetted the killing of a Government witness who had provided information concerning the commission of narcotics and firearms offenses by other individuals.

  (Title 18, United States Code, Sections 1513(a)(1)(B) and 2.)



Judge Marrero

COUNT TWO

The Grand Jury further charges:

2.   On or about May 24, 2008, in the Southern District of New York, COREY JONES, a/k/a "C-Murder," and JASON JONES, the defendants, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely the offense charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, which JASON JONES discharged at a Government witness who had provided information concerning the commission of narcotics and firearms offenses by other individuals, in the vicinity of Ogden Avenue and West 165th Street, Bronx, New York.

(Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2).

COUNT THREE

The Grand Jury further charges:

3.   On or about May 24, 2008, in the Southern District of New York, COREY JONES, a/k/a "C-Murder," and JASON JONES, the defendants, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, and in

course of that crime did cause the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, COREY JONES and JASON JONES caused the death of a Government witness who had provided information concerning the commission of narcotics and firearms offenses by other individuals, in the vicinity of Ogden Avenue and West 165th Street, Bronx, New York.

(Title 18, United States Code, Sections 924(j) and 2).

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA DMR  
United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

Corey Jones,
a/k/a "C-Murder,"
Jason Jones,

Defendants.

---

**INDICTMENT**

(Title 18, United States Code,
Sections 1513(a), 924(c), 924(j) and 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*[handwritten: 06/12/08  Indictment Filed.  Case Assigned to USDJ]*