UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

COREY JONES and JASON JONES,                    08 Cr. 0535 (VM)

                                                **ORDER**

                        Defendants.

**VICTOR MARRERO, United States District Judge.**

  An initial pre-trial conference has been scheduled in this matter for June 20, 2008 at 3:45 p.m.  The Government (see attached letter) requests that time be excluded from Speedy Trial Act calculations until June 20, 2008.  Defense counsel for Corey Jones has objected to this request, and the Government was unable to reach defense counsel for Jason Jones in order to gain his consent to this request.

  It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations.  This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice.  The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial.  This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
   16 June 2008

                                        Victor Marrero
                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-08



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2008

### BY FACSIMILE

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

> Re: <u>United States v. Corey Jones & Jason Jones</u>
>     08 Cr. 535 (VM)

Dear Judge Marrero:

Upon referral, the above-referenced defendants were arraigned in Magistrate's Court on June 13, 2008. After speaking to your courtroom deputy, I learned that June 20, 2008 at 3:45 p.m. is available for an initial pre-trial conference. As a result, the Government requests the scheduling of a pre-trial conference on June 20, 2008 at 3:45 p.m. and also requests an exclusion of speedy trial time under 18 U.S.C. §§ 3161(h)(8)(A) & (B) from today until June 20, 2008, for the purpose of allowing the Government to begin producing discovery and defense counsel to effectively prepare for the litigation of this case. The ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial.

Counsel for Corey Jones objects to this request. Because counsel for Jason Jones is currently on trial, I have not been able to obtain consent for the exclusion of time from counsel for Jason Jones.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____

Steve C. Lee
Assistant U.S. Attorney
(212) 637-2413