UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

       -vs-                                     08 Cr 535 (VM)
                                                 ORDER

COREY JONES
JASON JONES

                        Defendants

------------------------------------------------------X

       It is hereby ordered that James B. Dowd be permitted to visit Jason Jones, Marshal's #49912-054 in his capacity of investigator in the above entitled case.

Dated: July 12, 2008
       New York, NY

                                              Victor Marrero
                                              U.S.D.J.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08