

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2008

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  United States v. Corey Jones & Jason Jones
           08 Cr. 535 (VM)

Dear Judge Marrero:

      The pre-trial conference scheduled for today was re-scheduled to July 18, 2008. As a result, the Government requests an exclusion of time under 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv) from today until July 18, 2008. The value of such an exclusion would outweigh the interest of the defendants and the public to a speedy trial.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

          By: _____
                Steve C. Lee
                Assistant U.S. Attorney
                (212) 637-2413

cc:  Don Buchwald, Esq.
     Frederick Cohn, Esq.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-08

---

Request GRANTED. The sentencing of defendant Corey Jones herein is rescheduled to 7-18-08 at 2:00 p.m.

SO ORDERED.

7-11-08
DATE      VICTOR MARRERO, U.S.D.J.