UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA        Docket No. 08 Cr 535 (VM)

    -v-

JASON JONES, et al.        ORDER

    Defendants.
-------------------------------------------------------------X

    Upon the application of Jerry L. Tritz, Esq., Second Circuit Case-Budgeting Attorney, that Fred Cohn, Esq., as CJA learned counsel for Jason Jones and George Goltzer as CJA lead counsel for Jason Jones, be authorized to expend the hours listed below to commence preparation of their clients' death eligible cases, it is Ordered:

    That Messrs. Cohn and Goltzer are each authorized to expend 150 hours at a rate of compensation of $170 per hour, and it is further Ordered:

    That Messrs. Cohn and Goltzer are authorized to retain the services of the following service providers at the rates and for the number of hours set forth below:

| | | |
|---|---|---|
| Investigator | 150 hours | $85-$90 per hour |
| Paralegal | 200 hours | $35-$50 per hour |
| Mitigation Expert | 200 hours | $100 per hour |
| Associates | 150 hours | $80-$90 per hour |

So Ordered

_____
Victor Marrero
U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-08
```