UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

Docket No. 08 Cr 535 (VM)

-v-

COREY JONES, et al.

ORDER

Defendants.
-----------------------------------------------------------X

    Upon the application of Jerry L. Tritz, Esq., Second Circuit Case-Budgeting Attorney, that Don D. Buchwald, Esq., as CJA lead counsel for Corey Jones and Lee Ginsberg, Esq. as CJA learned counsel for Corey Jones, be authorized to expend the hours listed below to commence preparation of their clients' death eligible case, it is Ordered:

    That Mr. Buchwald be authorized, *nunc pro tunc,* to the date of his assignment, 350 hours and Mr. Ginsberg, *nunc pro tunc,* to the date of his assignment, 150 hours at a rate of compensation of $170 per hour, and it is further Ordered:

    That Messrs. Buchwald and Ginsberg are authorized to retain the services of the following service providers at the rates and for the number of hours set forth below:

| | | |
|---|---|---|
| Investigator | 250 hours | $85 per hour |
| Paralegal | 200 hours | $35-$50 per hour |
| Mitigation Expert | 200 hours | $100 per hour |
| Associates | 150 hours | $80-$90 per hour |

So Ordered

_____
U.S.D.J.    **Victor Marrero**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-08
```

**SECOND JUDICIAL CIRCUIT OF THE UNITED STATES**
**UNITED STATES COURTHOUSE**
**40 FOLEY SQUARE-ROOM 2904**
**NEW YORK, NEW YORK 10007**
*(212) 857-8700 PHONE*
*(212) 857-8680 FACSIMILE*

JUL 29 2008

DENNIS JACOBS
CHIEF JUDGE

KAREN GREVE MILTON
CIRCUIT EXECUTIVE

JERRY L. TRITZ
SECOND CIRCUIT CJA CASE-BUDGETING ATTORNEY

July 28, 2008

The Honorable Victor Marrero
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:     United States v. Corey Jones, et al.
        08 CR 535 (VM)

Dear Judge Marrero:

    Enclosed is an Order which I respectfully submit for your signature. It authorizes the CJA attorneys in the above referenced case, to commence work on this death eligible case and to begin to retain various experts at the rates and for the hours indicated.

    These hours you are being asked to approve are, in terms of case budgeting, referred to as a preliminary budget. With these hours, counsel can immediately get started preparing their cases by hiring investigators, mitigation experts, paralegals etc., rather than waiting for a formal budget to be approved. Submitting a formal budget on an Excel spreadsheet program usually entails waiting for and then at least commencing review of the discovery material. This could take some time. By authorizing these early funds, we hopefully cut back severely on any delay. It is with this in mind that I seek the approvals contained in the attached Order.

    Your Honor will note that Mr. Buchwald is being authorized an unusually large number of hours on a *nunc pro tunc* basis. This is because the homicide which is alleged in this indictment took place only a few days prior to Mr. Buchwald being assigned. This necessitated the immediate retention of an investigator as well as commencing the investigation while the memories of potential witnesses were still fresh. Many of the 350 hours allocated for Mr. Buchwald have already been expended in conducting this investigation. The hours requested for the investigator mirror those which were already requested of and approved by the Court. Your Honor's previous Order established a cap of $20,000 for the investigator but did not set a rate. In

The Honorable Victor Marrero
July 28, 2008
Page Two (2)


discussions with Mr. Buchwald, the presumptive rate of $85 per hour was agreed upon. Based upon the above, I request that you sign the attached order.

                                      Respectfully submitted,

                                      Jerry L. Tritz
                                      Circuit Case-Budgeting Attorney


cc:    Don D. Buchwald, Esq.
        Lee Ginsberg, Esq.