UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-08

UNITED STATES OF AMERICA

    -vs-

COREY JONES
JASON JONES

               Defendants

------------------------------------------------------X

08 Cr 535 (VM)
ORDER

    It is hereby ordered that Kathleen O'Boyle be permitted to visit Jason Jones, Marshal's #49912-054 in her capacity of mitigation specialist in the above entitled case.

Dated: July 31, 2008
New York, NY

_____
U.S.D.J.