```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :   NOTICE OF APPEARANCE
                                      :   AND REQUEST FOR
         - v. -                       :   ELECTRONIC
                                      :   NOTIFICATION
COREY JONES and JASON JONES,          :
                                      :   08 Cr. 535 (VM)
              Defendants.             :
                                      :
- - - - - - - - - - - - - - - - - - -x
```

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests that the Clerk note his appearance in this case and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

>                    Respectfully submitted,
>
>                    MICHAEL J. GARCIA
>                    United States Attorney
>
>
>              By:   /s/
>                    David V. Harbach, II
>                    Assistant United States Attorney
>                    (212) 637-2606
>                    david.harbach@usdoj.gov