

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

ORIGINAL

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2008

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-08

Re: United States v. Corey Jones & Jason Jones
    08 Cr. 535 (VM)

Dear Judge Marrero:

The Government writes to inform the Court that when the above-referenced case was originally wheeled out, it was designated by the Government as a Wheel B case. Despite this designation, the case was mistakenly wheeled out to your Honor as a Wheel A case. The Magistrate Court Clerk's Office has requested that your Honor formally consent to the acceptance of this case as a Wheel B case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Steve C. Lee/David Harbach
Assistant U.S. Attorney
(212) 637-2413/2606

MICROFILMED
AUG -7 2008 9:00 AM

SO ORDERED: The Court consents
to the acceptance of this case
as a Wheel B case.
8-6-08
DATE    VICTOR MARRERO, U.S.D.J.