AO89 (Rev. 7/95) Subpoena in a Criminal Case

ORIGINAL

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

UNITED STATES OF AMERICA,

V.

COREY JONES,
JASON JONES.

Defendants.

TO: Pay-O-Matic
11 Gun Hill Road
Bronx, New York

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 08 Cr. 535 (VM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-08

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>500 Pearl Street<br>New York, New York 10007 | Hon. Marrero |
| | DATE AND TIME |
| | 8/30/08 |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Asia Sykes -residing at 3444 White Plains Road, Apt. 8H, Bronx, NY 10467
Derrick Gran-residing at 1160 Burke Avenue, Bronx, NY 10469
Shawnda Jackson-residing at 561 W. 147th Street, Apt. 61, NY, NY 10031

Copies of checks cashed by these people on 5/23/08 or 5/24/08 with their photo ID and time stamp included.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| _signature_<br>(By) Deputy Clerk | 8-24-08 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Frederick H. Cohn
61 Broadway, Suit 1601
New York, New York 10006    (212) 786-1110