```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        — against —

COREY JONES and JASON JONES,                08 Cr. 0535 (VM)

                                            ORDER
                        Defendants.
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-08

**VICTOR MARRERO**, United States District Judge.

The conference scheduled for August 29, 2008 at 10:15 a.m. has been rescheduled to August 29, 2008 at 2:00 p.m. At the conference, the Court will entertain oral argument regarding the motions pending before it.

**SO ORDERED.**

Dated:   New York, New York
         28 August 2008

                                    _____
                                        Victor Marrero
                                           U.S.D.J.