```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-08
```

FREDERICK H. COHN

ATTORNEY AT LAW

61 BROADWAY

SUITE 1601

NEW YORK, NY 10006

212-768-1110

FAX 212-267-3024

fcohn@frederickhcohn.com

ORIGINAL

August 19, 2008

Hon. Victor Marrero
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

                Re: United States v. Jason Jones
                    08 Cr 535 (VM)

Dear Judge Marrero:

    As you know I am assigned to represent Mr. Jones. In preparation for the trial there is a substantial amount of work that requires detailed analysis of documents and basic legal research that can be performed by a paralegal.

    I hereby seek authorization to employ my para legal, Matthew Wright, to work on the case and to bill him at the rate of $65.00 per hour. In preparation this will result in a substantial saving. I have applied for this rate in many other cases. No Judge has denied the application. Although there is nothing sensitive about this application, applications for expenditures of CJA funds are traditionally *ex parte*.

                                                Respectfully yours,

                                               Frederick H. Cohn

cc: Jerrey L. Tritz, Esq.

> Request GRANTED. Defendant Jason Jones is authorized to employ the services of paralegal Matthew Wright to work on this case and to bill his services at the rate of $65 per hour.
>
> SO ORDERED:
>
> 8-26-08
>
> DATE      VICTOR MARRERO, U.S.D.J.