**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

WASHINGTON, DC

CHICAGO, IL

STAMFORD, CT

PARSIPPANY, NJ

———

BRUSSELS, BELGIUM

———

AFFILIATE OFFICES

MUMBAI, INDIA

**101 PARK AVENUE**

**NEW YORK, NEW YORK  10178**

———

(212) 808-7800

FACSIMILE

(212) 808-7897

www.kelleydrye.com

DON D. BUCHWALD

DIRECT LINE: (212) 808-5147

EMAIL: dbuchwald@kelleydrye.com

SEP   4  2007

September 3, 2008

Honorable Victor Marrero
United States District Judge
500 Pearl Street
New York, NY  10007

Re:    United States v. Corey Jones and Jason Jones, 08 Cr. 535 (VM)

Dear Judge Marrero:

> We have been advised by the Clerk's Office that letters to the Court (other than sentencing submissions) may not be filed on the docket via ECF without the Court's authorization.  Accordingly, we respectfully request that Your Honor authorize (by "So Ordering" this letter) the filing via ECF of the following letter submissions from me  to Your Honor (with accompanying exhibits) which we have made in connection with the bail applications made on behalf of Corey Jones:

(1)   June 17, 2008 (initially appealing Magistrate Pitman's decision;
(2)   June 26, 2008  (in further support of appeal)
(3)   June 27, 2008 (opposing adjournment of bail hearing)
(4)   August 28, 2008 (renewing bail application)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08

NY01/BUCHD/1304796.1

**KELLEY DRYE & WARREN** LLP

Honorable Victor Marrero
September 3, 2008
Page Two


AUSA Harbach has authorized me to advise Your Honor that the Government has no objection to the instant application.


Very truly yours,

*Don Buchwald*

Don D. Buchwald

DDB:ma

cc: AUSA David Harbach (via email)
George Goltzer, Esq. (via email)
Frederick, Cohn, esq. (via email)
Lee Ginsberg, Esq. (via email)


So Ordered:

_____ , 9-4-08
Honorable Victor Marrero, USDJ        Date


Request GRANTED. The Clerk of Court is directed
to accept for filing via ECF the letter submissions
set forth above from counsel to defendant Corey
SO ORDERED: Tomes to the Court
9-4-08    _____
DATE    VICTOR MARRERO, U.S.D.J.