```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,              :

          -v.-                         :   NOLLE PROSEQUI

COREY JONES and JASON JONES,           :   08 Cr. 535 (VM)

                    Defendants.        :
- - - - - - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/31/08

    1.    The filing of this nolle prosequi will dispose of this case with respect to COREY JONES and JASON JONES, the defendants.

    2.    On June 12, 2008, Indictment 08 Cr. 535 was filed, charging defendants COREY JONES and JASON JONES with: (1) murder of a person in retaliation for providing information to a law enforcement officer, in violation of Title 18, United States Code, Sections 1513(a)(1)(B) and 2; (2) using and carrying a firearm during and in relation to a crime of violence, or possession of a firearm in furtherance of such crime, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2; and (3) using and carrying a firearm during and in relation to a crime of violence, or possession of a firearm in furtherance of such crime, causing the death of a person through the use of a firearm, in violation of Title 18, United States Code, Sections 924(j) and 2.

    3.    Based on a review of the evidence currently in the Government's possession, it has been concluded that the

Government will not now proceed with the prosecution of COREY JONES and JASON JONES.

4.  In light of the foregoing, I recommend that an order of nolle prosequi be filed as to defendants COREY JONES and JASON JONES with respect to Indictment 08 Cr. 535.

*[signature]*

STEVE C. LEE
DAVID V. HARBACH, II
Assistant United States Attorneys
(212) 637-2413, -2606

Dated:   New York, New York
         December 30, 2008

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendants COREY JONES and JASON JONES with respect to Indictment 08 Cr. 535.

*[signature]*

LEV L. DASSIN
Acting United States Attorney
Southern District of New York

Dated:   New York, New York
         December 30, 2008

SO ORDERED:

*[signature]*

HON. ~~VICTOR MARRERO~~ JED S. RAKOFF (RTJ)
United States District Judge
Southern District of New York

Dated:   New York, New York
         December 30 2008

1093                                2

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

COREY JONES,
JASON JONES,

Defendants.

---

NOLLE PROSEQUI

08 Cr. 535

(Title 18, United States Code,
Sections 1513(a), 924(c), 924(j) and 2)

LEV L. DASSIN
Acting United States Attorney.